United States Bankruptcy Court
Central District of California

In re:                                                                         Case No. 16-14984-ES
Marshall Samuel Sanders                                                        Chapter 13
Lydia Ong Sanders
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: esteinber          Page 1 of 2          Date Rcvd: Feb 23, 2017
                              Form ID: van151          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
jdb            +Lydia Ong Sanders,    1621 Kensing Lane,    Santa Ana, CA 92705-3074
cr             +BANK OF AMERICA, NATIONAL ASSOCIATION,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +Wells Fargo Bank, N.A., as trustee, on behalf of t,    The Wolf Firm,    2955 Main Street,
                 Second Floor,    Irvine, CA 92614-2528
37499216       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
37499217       +CLEAR RECON CORP,    4375 JUTLAND DR 200,    San Diego, CA 92117-3600
37499232      ++DEPARTMENT OF HEALTH CARE SERVICES,    OFFICE OF LEGAL SERVICES MS 0010,
                 ATTN STEVEN A OLDHAM STAFF ATTORNEY,    PO BOX 997413,    SACRAMENTO CA 95899-7413
               (address filed with court:   State of California,    Property tax postponement,    P.O. Box 942850,
                 Sacramento, CA 94250-0001)
37499218        FDIC as Receiver of,    Washington Mutual Bank,    Attention: Claims Agent,
                 1601 Bryan Street, Suite 1410,    Dallas, TX 75201-3479
37499220       +Housing Authority Riverside County,    5555 Arlington Ave,    Riverside, CA 92504-2506
37552163        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
37499223       #+Law Office of Jason W. Estavillo,    1330 Broadway Ste 1030,    Oakland, CA 94612-2509
37607036        NAVIENT SOLUTIONS,INC,    P.O. BOX 9640,    WILKES-BARRE, PA  18773-9640
37499226        Orange County Treasurer-tax collect,    Attn: Bankruptcy Unit,    P.O. Box 4515,
                 Santa Ana, CA 92702-4515
37499227        PNC Bank,    PO Box 54828,    Los Angeles, CA 90054-0828
37620839       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
37499228        Prenovost, Normandin, Bergh & Dawe,    2122 N. Broadway,    Suite 200,    Santa Ana, CA 92706-2614
37499230        State Board of Equalization,    Special Operations Branch MIC:55,    P.O. Box 942879,
                 Sacramento, CA 94279-0055
37499236       +WELLS FARGO BANK N A TRUST,    3815 S WEST TEMPLE,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: marshallssanders@yahoo.com Feb 24 2017 02:34:12      Marshall Samuel Sanders,
                 1621 Kensing Lane,    Santa Ana, CA 92705-3074
smg             EDI: EDD.COM Feb 24 2017 02:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
37534668       +EDI: CHRM.COM Feb 24 2017 02:13:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
37499219        EDI: CALTAX.COM Feb 24 2017 02:18:00      Franchise Tax Board,    Bankruptcy Section, MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
37499221        EDI: IRS.COM Feb 24 2017 02:13:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
37499222       +EDI: CHASE.COM Feb 24 2017 02:18:00      JPMorgan Chase Bank N.A,    1111 Polaris Parkway,
                 Columbus, OH 43240-2050
37499224       +Fax: 562-594-8117 Feb 24 2017 03:30:10      LBS Financial Credit Union,    P.O Box 4860,
                 Long Beach, CA 90804-0860
37499225       +EDI: NAVIENTFKASMSERV.COM Feb 24 2017 02:13:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
37499229       +EDI: CHRM.COM Feb 24 2017 02:13:00      Santander Consumer USA,    Po Box 961275,
                 Fort Worth, TX 76161-0275
37499231       +E-mail/Text: collection@sdfcu.org Feb 24 2017 02:35:48      State Department Fcu,    1630 King St,
                 Alexandria, VA 22314-2763
37499233       +EDI: STF1.COM Feb 24 2017 02:13:00      Suntrust Bank,    Attn:Bankruptcy Dept,
                 Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
37499234        EDI: USBANKARS.COM Feb 24 2017 02:13:00      US Bank/Rms CC,    Card Member Services,
                 Po Box 108,    St Louis, MO 63166
37499235       +EDI: WFFC.COM Feb 24 2017 02:13:00      Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
cr              LBS Financial Credit Union
smg*            Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
                 Sacramento, CA  95812-2952
intp*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-8          User: esteinber          Page 2 of 2          Date Rcvd: Feb 23, 2017
                              Form ID: van151          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

```
              Amrane (SA)  Cohen (TR)    efile@ch13ac.com
              Brad   Weil    on behalf of Debtor Marshall Samuel Sanders bfweil@justbradlegal.com,
               brad@ecf.courtdrive.com
              Brad   Weil    on behalf of Joint Debtor Lydia Ong Sanders bfweil@justbradlegal.com,
               brad@ecf.courtdrive.com
              Daniel K Fujimoto    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
               2007-1 wdk@wolffirm.com
              Gilbert R Yabes    on behalf of Creditor     BANK OF AMERICA, NATIONAL ASSOCIATION
               ecfcacb@aldridgepite.com,  GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
              Karel G Rocha    on behalf of Creditor    LBS Financial Credit Union krocha@pnbd.com,
               srichards@pnbd.com
              Megan E Lees    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               MEL@ecf.inforuptcy.com;mlees@aldridgepite.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Valerie  Smith    on behalf of Interested Party    PRA Receivables Management, LLC
               VSMITH@portfoliorecovery.com
                                                                                            TOTAL: 9
```

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Marshall Samuel Sanders

**BANKRUPTCY NO.**  8:16−bk−14984−ES

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−7338
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 2/23/17

**JOINT DEBTOR INFORMATION:**
Lydia Ong Sanders

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−9390
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Dismissal Date:**  2/23/17

**Address:**
1621 Kensing Lane
Santa Ana, CA 92705

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: February 23, 2017

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court