| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRAD WEIL, ESQ.  SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Marshall Samuel Sanders, &<br>Lydia Ong Sanders<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br>CHAPTER: 13<br><br>**DECLARATION THAT NO PARTY**<br>**REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): __03/03/2017__ Movant(s) filed a motion or application (Motion) entitled: <u>Application for payment of</u> <u>final fees and and expenses (11 USC 330)</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): __03/03/2017__ Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than __26__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                      Page 1                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 03/29/2017

Signature

Brad Weil
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 2                    F 9013-1.2.NO.REQUEST.HEARING.DEC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

460 E. Carson Plaza Dr., Ste 217, Carson CA 90746

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/29/2017 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane (SA) Cohen (TR)  
efile@ch13ac.com  
United States Trustee (SA)  
ustpregion16.sa.ecf@usdoj.gov

Gilbert R Yabes on behalf of Creditor BANK OF AMERICA, NATIONAL ASSOCIATI  
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com  
Karel G Rocha on behalf of Creditor LBS Financial Credit Union  
krocha@pnbd.com, srichards@pnbd.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 03/29/2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/29/2017 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/29/2017 | Brad Weil | *Brad Weil* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone: (714) 621-0200  Fax (714) 621-0277

Chapter 13 Trustee

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

Marshall Samuel Sanders
Lydia Ong Sanders

Debtor(s).

CASE NUMBER 8:16-bk-14984-ES

CHAPTER 13

**TRUSTEE'S COMMENTS ON OR
OBJECTION TO APPLICATION FOR
~~SUPPLEMENTAL~~ FEES**

[No Hearing Required]

The undersigned Chapter 13 Trustee, having reviewed the Application for ~~Supplemental~~ Fees (the "Application") filed on **03/03/2017** as docket entry number **35**, provides the following response to the Application:

☐  RECOMMENDED:

☐  RECOMMENDED on the following conditions:

 ☐ See attached sheet.

☐  NOT RECOMMENDED for the following reasons:

 ☐ See attached sheet.

☒  NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

  **NOTE: FUNDS ON HAND OF $6,519.10 ARE INSUFFICIENT TO PAY THE REQUESTED FEES IN FULL.**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012        Page 1    **F 3015-1.11.TRUSTEE.COMMENT.FEES**

☐   SET FOR HEARING

Dated: <u>3/8/2017</u>

<u>/s/  Amrane Cohen</u>
Amrane Cohen, Chapter 13 Trustee

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                  **F 3015-1.11.TRUSTEE.COMMENT.FEES**

## File a Motion:

8:16-bk-14984-ES Marshall Samuel Sanders and Lydia Ong Sanders **Debtor dismissed** 02/23/2017, **Joint debtor dismissed** 02/23/2017

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 8 (Santa Ana) |
| Assets: y | Debtor disposition: Dismissed for Other Reason | Joint debtor disposition: Dismissed for Other Reason |

Judge: ES

Case Flag: Repeat-cacb, RepeatPACER, BARDEBTOR, RestrictedDISMISSED

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Brad Weil entered on 3/3/2017 at 4:47 PM PST and filed on 3/3/2017

**Case Name:**     Marshall Samuel Sanders and Lydia Ong Sanders
**Case Number:**   8:16-bk-14984-ES
**Document Number:** 35

**Docket Text:**
Application for Compensation *with proof of service* for Brad Weil, Debtor's Attorney, Period: 12/7/2016 to 2/23/2017, Fee: $7,000.00, Expenses: $. Filed by Attorney Brad Weil (Weil, Brad)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ECF\Sanders, Marshall Samuel & Lydia Ong\compensation application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=3/3/2017] [FileNumber=86776611-0
] [3fe0d93e145d52785e9a5c999394ca5816a38a4bf90fef8da98f31949390ae09a76
39122a80f1c88f7c58d0d259278e3072d3de9363c605f87609e3920bb2509]]

**8:16-bk-14984-ES Notice will be electronically mailed to:**

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Daniel K Fujimoto on behalf of Creditor Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1
wdk@wolffirm.com

Megan E Lees on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, MEL@ecf.inforuptcy.com;mlees@aldridgepite.com

Karel G Rocha on behalf of Creditor LBS Financial Credit Union
krocha@pnbd.com, srichards@pnbd.com

Valerie Smith on behalf of Interested Party PRA Receivables Management, LLC
vsmith@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Brad Weil on behalf of Debtor Marshall Samuel Sanders
bfweil@justbradlegal.com, brad@ecf.courtdrive.com

Brad Weil on behalf of Joint Debtor Lydia Ong Sanders
bfweil@justbradlegal.com, brad@ecf.courtdrive.com

Gilbert R Yabes on behalf of Creditor BANK OF AMERICA, NATIONAL ASSOCIATION
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

**8:16-bk-14984-ES Notice will not be electronically mailed to:**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BRAD WEIL, ESQ.  SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtors | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>Marshall Samuel Sanders,  &<br>Lydia Ong Sanders,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br>CHAPTER: 13<br><br>**NOTICE OF OPPORTUNITY TO<br>REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Marshal and Lydia Sanders (Debtors)
   filed a motion or application (Motion) entitled Final Fees and/or Expenses (11 USC 330)

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):
   ☒ The full Motion is attached to this notice; or
   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 03/03/2017

Signature of Movant or attorney for Movant

Brad Weil
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRAD WEIL, ESQ.  SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>Marshall Samuel Sanders, &<br>Lydia Ong Sanders,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br>CHAPTER: SELECT CHAPTER _13_<br><br>**APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE: *No hearing unless requested,*<br>TIME:<br>COURTROOM: 5A<br>PLACE: 411 West Fourth Street<br>        Suite 5040 / Courtroom 5A<br>        Santa Ana, CA 92701-4593 |

1. Name of Applicant (*specify*): _Brad Weil_

2. Type of services rendered: Attorney for Debtor in Chapter 13
   a. ☒ Attorney for (*specify*): _Debtor_
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter _13_ of the Bankruptcy Code: _12/07/2016_

4. Date of entry of Order Approving Applicant's Employment: _____

5. Date of filing of last Fee and/or Expense Application: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: *(attach detailed supporting documentation to this Application)*

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Brad Weil | $ 350.00 | X 20 | | = | $ 7,000.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: The attorney is a certified specialist in the field of bankruptcy ☐ See attached page
The attorney mainly practices Chapter 13 bankruptcy

9. Bonus requested (final fee applications only): $ _____
*(attach Declaration and Memorandum of Points and Authorities justifying bonus)*

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 7,000.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Hourly Breakdown & Docket Report.

15. Total number of attached pages of supporting documentation: 5

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2017 | Brad Weil | Brad Weil |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    F 2016-1.2.APP.PAYMENT.FEES

Fee application for Sanders

| Date | Description | Hours |
|---|---|---|
| 12/5/2016 | Discussed the filing of a Chapter 13 bankruptcy to stop a foreclosure sale. Client retained our services and we pulled his credit and started his file. Discussed valuing property and the student loan claims. Client feels they are time barred. | 3.0 |
| 12/7/2016 | Filed Chapter 13 bankruptcy case in order to stop his foreclosure sale. Worked up the schedules, statements, and related documents with the client. Filed the case with the court. Discussed client responsibilities and expectations of him. Made sure he understood to make the mortgage and plan payments. | 3.0 |
| 12/29/2016 | Prepared and filed mortgage declaration. Called client to discuss his interactions with the Chapter 13 trustee. Sent items to the Chapter 13 trustee in preparation for the 341 hearing. | 1.0 |
| 1/10/2017 | Phone call to client to prepare them for the 341 hearing. Discussed issues of valuation of property and plan treatment of arrears. Also discussed the objection to confirmation filed by B of A. | 1.0 |
| 1/17/2017 | Meeting of creditors in Santa Ana. Both clients appeared with driver's license and social security cards and plan payment. Had a in person meeting with both clients after the hearing to discuss the trustee's objections and position on the case. | 3.0 |
| 1/19/2017 | Phone consults with client to amend the Chapter 13 plan. Discussed the treatment of the vehicles and the amount of the arrears and how much the plan payment would have to be to pay. | 1.0 |
| 1/20/2017 | Drafted and filed the motion to value Tustin property. Also drafted and filed the amended Chapter 13 plan. Incurred mailing costs of $26.17 to serve the motion. | 2.5 |
| 1/31/2017 | Phone consultation with client to discuss the treatment of the vehicles through the plan. LBS sued the Debtors in violation of a previous Chapter 7 discharge. I tried to convince the client it was in their best interest to surrender collateral. Debtors want to keep the cars for sentimental purposes. | 1.5 |
| 2/6/2017 | Prepared and Filed 2nd amended plan to include cars. | 0.5 |
| 2/21/2017 | Attended the Confirmation hearing with the clients. Asked for a continuance. Court dismissed with 180 day bar. Meeting with clients afterward. | 3.0 |
| 2/22/2017 | Phone consultation with client to discuss the disposition of plan payments already made. I informed him I would be filing a motion for fees and the trustee could not return the money until that was resolved. | 0.5 |

Total time 20

20 X $350.00 = 7,000.00

# 8:16-bk-14984 | Marshall Samuel Sanders and Lydia Ong Sanders

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2017 | **34** | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Convert ed . (Cohen (TR), Amrane (SA)) |
| 02/25/2017 | **33** | BNC Certificate of Notice (RE: related document(s) 32 ORDER and Notice of Dismissal arisi ng from Ch 13 Conf. Hrg. (11 U.S.C. Section 109(g)) (BNC)) No. of Notices: 17. Notice Da te 02/25/2017. (Admin.) (Entered: 02/25/2017) |
| 02/23/2017 | **32** | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing (11 U.S.C. Se ction 109(g))(BNC) - Both Debtors Dismissed for 180 Days. Barred Joint Debtor Sanders, Lydia Ong; Debtor Sanders, Marshall Samuel starting 2/23/2017 to 8/22/2017 (RE: relate d document(s)[1] Voluntary Petition (Chapter 13) filed by Debtor Marshall Samuel Sander s, Joint Debtor Lydia Ong Sanders, [9] Meeting (AutoAssign Chapter 13), [20] Hearing (Bk Other) Set) (Steinberg, Elizabeth) |
| 02/23/2017 | 31 | Hearing Held (RE: related document(s)[21] Motion for Setting Property Value filed by Debt or Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders) - OFF CALENDAR, MOOT(St einberg, Elizabeth) |
| 02/23/2017 | 30 | Hearing Held RE: Confirmation Of Chapter 13 Plan; DISMISSED WITH 180 DAY BAR AGAI NST REFILING DUE TO MULTIPLE PRIOR FILINGS AND FAILURE TO LIST ALL KNOWN DEB T. (Steinberg, Elizabeth) |
| 02/22/2017 | 29 | Hearing Continued (RE: related document(s)[21] Motion for Setting Property Value filed b y Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders) RULING: Continue he aring to February 21, 2017 at 1:30pm, the same/date time as hearing on plan confirmatio n. (Reid, Rick) |
| 02/20/2017 | **28** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valer ie) (Entered: 02/20/2017) |
| 02/17/2017 | **27** | Objection to Confirmation of Plan Filed by Creditor LBS Financial Credit Union (RE: related document(s)[26] Amended Chapter 13 Plan Second Amended Plan with proof of service Fil ed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related docu ment(s)[25] Amended Chapter 13 Plan 1st amended Ch 13 Plan with proof of service Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related docume nt(s)[2] Chapter 13 Plan (LBR F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.).).). (Rocha, Karel) |
| 02/06/2017 | **26** | Amended Chapter 13 Plan Second Amended Plan with proof of service Filed by Joint Debto r Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s)[25] Ame |

| Date Filed | # | Docket Text |
|---|---|---|
| | | nded Chapter 13 Plan 1st amended Ch 13 Plan with proof of service Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s)[2] Chapter 13 Plan (LBR F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.).}. (Weil, Brad) |
| 01/20/2017 | **25** | Amended Chapter 13 Plan *1st amended Ch 13 Plan with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s) 2 Chapter 13 Plan (LBR F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.). (Weil, Brad) (Entered: 01/20/2017) |
| 01/20/2017 | 24 | Hearing Set (RE: related document(s) 21 Motion for Order Determining Value of Collateral, filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders). The Hearing date is set for 2/16/2017 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/20/2017) |
| 01/20/2017 | **23** | Notice of motion/application *Amended notice of motion resetting hearing* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s) 21 Motion for Setting Property Value *of 2041 Iroquois Tustin CA 92782 with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E") (Weil, Brad) - WARNING: Item subsequently amended by docket entry no. 22 - Modified on 1/20/2017.). (Weil, Brad) (Entered: 01/20/2017) |
| 01/20/2017 | 22 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time was selected. THE FILER IS INSTRUCTED TO SELECT THE APPROPRIATE HEARING DATE AND TIME OR CONTACT JUDGE SMITH'S COURTROM DEPUTY FOR A HEARING DATE/TIME AND FILE AN AMENDED NOTICE OF MOTION/HEARING WITH CORRECT HEARING INFORMATION.** (RE: related document(s) 21 Motion for Setting Property Value filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders) (Duarte, Tina) (Entered: 01/20/2017) |
| 01/20/2017 | **21** | Motion for Setting Property Value *of 2041 Iroquois Tustin CA 92782 with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E") (Weil, Brad) - WARNING: Item subsequently amended by docket entry no. 22 - Modified on 1/20/2017 (Duarte, Tina). (Entered: 01/20/2017) |
| 01/10/2017 | 20 | Hearing Set (related document # 2 Chapter 13 Plan). Confirmation hearing to be held on 2/21/2017 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/10/2017) |
| 01/10/2017 | **19** | Objection to Confirmation of Plan *with Proof of Service and Exhibits* Filed by Creditor BANK OF AMERICA, NATIONAL ASSOCIATION (RE: related document(s) 2 Chapter 13 Plan (LBR |

| Date Filed | # | Docket Text |
|---|---|---|
| | | F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.). (Yabes, Gilbert) (Entered: 01/10/2017) |
| 01/04/2017 | **18** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lees, Megan. (Lees, Megan) (Entered: 01/04/2017) |
| 12/29/2016 | **17** | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property *with proof of Jan 2017 payment* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/29/2016) |
| 12/29/2016 | **16** | Certification About a Financial Management Course for Debtor 1 (Official Form 423) Filed by Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/29/2016) |
| 12/29/2016 | **15** | Certification About a Financial Management Course for Debtor 2 (Joint Debtor) (Official Form 423) Filed by Joint Debtor Lydia Ong Sanders. (Weil, Brad) (Entered: 12/29/2016) |
| 12/27/2016 | **14** | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 12/27/2016) |
| 12/26/2016 | **13** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Fujimoto, Daniel. (Fujimoto, Daniel) (Entered: 12/26/2016) |
| 12/22/2016 | **12** | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 12/22/2016) |
| 12/10/2016 | **11** | BNC Certificate of Notice (RE: related document(s) 9 Meeting (AutoAssign Chapter 13)) No. of Notices: 13. Notice Date 12/10/2016. (Admin.) (Entered: 12/10/2016) |
| 12/09/2016 | **10** | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/09/2016) |
| 12/08/2016 | | Judge Erithe A. Smith added to case. Involvement of Judge Catherine E. Bauer Terminated (Roque, Jewell) (Entered: 12/08/2016) |
| 12/08/2016 | | Notice of Debtor's Prior Filings for joint debtors Marshall Samuel Sanders and Lydia Ong Sanders Case Number 15-14615, Chapter 11 filed in California Central Bankruptcy on 09/22/2015 , Dismissed for Other Reason on 09/22/2015; Case Number 13-14049, Chapter 11 filed in California Central Bankruptcy on 05/07/2013 , Dismissed for Other Reason on 10/04/2013; Case Number 13-19704, Chapter 13 filed in California Central Bankruptcy on 12/02/2013 , Dismissed for Other Reason on 03/03/2014; Case Number 10-17916, Chapter 7 filed in California Central Bankruptcy on 06/11/2010 , Standard Discharge on 09/28/2010; Case Number 11-24594, Chapter 11 filed in California Central Bankruptcy on 10/20/2011 , Dismissed for Other Reason on 08/21/2012; Case Number 14-16388, Chapter 11 filed in C |

| Date Filed | # | Docket Text |
|---|---|---|
| | | alifornia Central Bankruptcy on 10/29/2014 , Dismissed for Failure to File Information on 1 1/19/2014; Case Number 15-13011, Chapter 13 filed in California Central Bankruptcy on 06/15/2015 , Dismissed for Other Reason on 08/26/2015; Case Number 10-14682, Chapt er 7 filed in California Central Bankruptcy on 04/12/2010 , Standard Discharge on 02/02/2 011; Case Number 14-11663, Chapter 11 filed in California Central Bankruptcy on 03/18/ 2014 , Dismissed for Other Reason on 09/18/2014.(Admin) (Entered: 12/08/2016) |
| 12/07/2016 | 9 | Meeting of Creditors with 341(a) meeting to be held on 01/17/2017 at 09:00 AM at RM 1 -154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 02/21/2017 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Cl aim due by 04/17/2017 . (Weil, Brad) Modified on 12/8/2016 (Beezer, Cynthia). (Entered: 12/07/2016) |
| 12/07/2016 | 8 | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Precon firmation) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Wei l, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | | Meeting of Creditors with 341(a) meeting to be held on 01/17/2017 at 09:00 AM at RM 1 -154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 02/09/2017 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. Proof of Cl aim due by 04/17/2017 . (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | | Receipt of Voluntary Petition (Chapter 13)(8:16-bk-14984) [misc,volp13] ( 310.00) Filing Fee. Receipt number 43831370. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entere d: 12/07/2016) |
| 12/07/2016 | 7 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 6 | Statement About Your Social Security Number (Official Form 121) Filed by Joint Debtor Ly dia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 5 | Certificate of Credit Counseling Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 4 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys File d by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Ente red: 12/07/2016) |
| 12/07/2016 | 3 | Electronic Filing Declaration (LBR Form F1002-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 2 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
 460 E. Carson Plaza Dr., Ste 217, Carson CA 90746

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/03/2017   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/03/2017   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/03/2017   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2017 | Brad Weil | *Brad Weil* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Daniel K Fujimoto on behalf of Creditor Wells Fargo Bank, N.A., as trustee, on behalf of the holders of
the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1
wdk@wolffirm.com

Megan E Lees on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, MEL@ecf.inforuptcy.com;mlees@aldridgepite.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Gilbert R Yabes on behalf of Creditor BANK OF AMERICA, NATIONAL ASSOCIATION
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Label Matrix for local noticing
0973-8
Case 8:16-bk-14984-ES
Central District of California
Santa Ana
Fri Mar  3 16:43:07 PST 2017

BANK OF AMERICA, NATIONAL ASSOCIATION
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Wells Fargo Bank, N.A., as trustee, on behal
The Wolf Firm
2955 Main Street
Second Floor
Irvine, CA 92614-2528

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Bk Of Amer
4909 Savaraes Cir
Tampa, FL 33634-2413

CLEAR RECON CORP
4375 JUTLAND DR 200
San Diego, CA 92117-3600

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

FDIC as Receiver of
Washington Mutual Bank
Attention: Claims Agent
1601 Bryan Street, Suite 1410
Dallas, TX 75201-3479

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Housing Authority Riverside County
5555 Arlington Ave
Riverside, CA 92504-2506

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank N.A
1111 Polaris Parkway
Columbus, OH 43240-2050

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

LBS Financial Credit Union
P.O Box 4860
Long Beach, CA 90804-0860

Law Office of Jason W. Estavillo
1330 Broadway Ste 1030
Oakland, CA 94612-2509

NAVIENT SOLUTIONS,INC
P.O. BOX 9640
WILKES-BARRE, PA  18773-9640

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773-9500

Orange County Treasurer-tax collect
Attn: Bankruptcy Unit
P.O. Box 4515
Santa Ana, CA 92702-4515

PNC Bank
PO Box 54828
Los Angeles, CA 90054-0828

Prenovost, Normandin, Bergh & Dawe
2122 N. Broadway
Suite 200
Santa Ana, CA 92706-2614

Santander Consumer USA
Po Box 961275
Fort Worth, TX 76161-0275

State Board of Equalization
Special Operations Branch MIC:55
P.O. Box 942879
Sacramento, CA 94279-0055

State Department Fcu
1630 King St
Alexandria, VA 22314-2763

(p)DEPARTMENT OF HEALTH CARE SERVICES
OFFICE OF LEGAL SERVICES MS 0010
ATTN STEVEN A OLDHAM STAFF ATTORNEY
PO BOX 997413
SACRAMENTO CA 95899-7413

Suntrust Bank
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23285-5092

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

WELLS FARGO BANK N A TRUST
3815 S WEST TEMPLE
Salt Lake City, UT 84115-4412

Wells Fargo Bank
Mac-F8235-02f
Po Box 10438
Des Moines, IA 50306-0438

Amrane (SA) Cohen (TR)
770 The City Drive South Suite 8500
Orange, CA 92868-4958

Brad Weil
Law Offices of Brad Weil
460 E Carson Plaza Dr Ste 217
Carson, CA 90746-3274

Lydia Ong Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State of California
Property tax postponement
P.O. Box 942850
Sacramento, CA 94250-0001

US Bank/Rms CC
Card Member Services
Po Box 108
St Louis, MO 63166

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)LBS Financial Credit Union

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36