| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRAD WEIL, ESQ.  SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:*  Debtors | **FILED & ENTERED**<br><br>APR 03 2017<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY duarte    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Marshall Samuel Sanders &<br>Lydia Ong Sanders<br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR**<br>~~**SUPPLEMENTAL**~~ **FEES**<br><br>[No Hearing Required] |

Based on the Application for ~~Supplemental~~ Fees (Application) filed on (*date*) <u>3/3/2017</u> as docket entry number <u>35</u>, it is hereby ORDERED

☒    that the sum of $<u>2,,000.00</u> is allowed Applicant as compensation.  The remaining $5,000.00 requested is disallowed for the following reasons:

**Applicant assisted the Debtors in filing a bad faith case for which they were ineligible under Section 109(e) of the Bankruptcy Code and Applicant deliberately failed to properly list all debt of the Debtors (i.e., all student loan debt).**

☐    that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐    that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:
###

Date: April 3, 2017

*Erithe A. Smith* (signature)
Erithe Smith
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 1                    F 3015-1.12.ORDER.CH13.FEES