AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 8500
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| IN RE: | Case No.: 8:16-bk-14984-ES |
|---|---|
| MARSHALL SAMUEL SANDERS<br>LYDIA ONG SANDERS<br><br>Debtor(s). | DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT |

On March 01, 2017, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 04, 2017 at Orange, California.

Dated: April 04, 2017

/s/ ALDO AMAYA
ALDO AMAYA