United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 16-14984-ES
Marshall Samuel Sanders                                                 Chapter 13
Lydia Ong Sanders
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: tduarteC          Page 1 of 1          Date Rcvd: Apr 03, 2017
                              Form ID: pdf042         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
jdb            +Lydia Ong Sanders,   1621 Kensing Lane,   Santa Ana, CA 92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marshallssanders@yahoo.com Apr 04 2017 03:27:18    Marshall Samuel Sanders,
                1621 Kensing Lane,   Santa Ana, CA 92705-3074
                                                                            TOTAL: 1


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
          Amrane (SA)  Cohen (TR)    efile@ch13ac.com
          Brad  Weil    on behalf of Debtor Marshall Samuel Sanders bfweil@justbradlegal.com,
           brad@ecf.courtdrive.com
          Brad  Weil    on behalf of Joint Debtor Lydia Ong Sanders bfweil@justbradlegal.com,
           brad@ecf.courtdrive.com
          Daniel K Fujimoto   on behalf of Creditor   Wells Fargo Bank, N.A., as trustee, on behalf of the
           holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
           2007-1 wdk@wolffirm.com
          Gilbert R Yabes   on behalf of Creditor   BANK OF AMERICA, NATIONAL ASSOCIATION
           ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
          Karel G Rocha   on behalf of Creditor   LBS Financial Credit Union krocha@pnbd.com,
           srichards@pnbd.com
          Megan E Lees   on behalf of Interested Party   Courtesy NEF ecfcacb@aldridgepite.com,
           MEL@ecf.inforuptcy.com;mlees@aldridgepite.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Valerie  Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                            TOTAL: 9

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRAD WEIL, ESQ.  SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:*  Debtors | **FILED & ENTERED**<br><br>**APR 03 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY duarte    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Marshall Samuel Sanders &<br>Lydia Ong Sanders<br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br><br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR**<br>**~~SUPPLEMENTAL~~ FEES**<br><br>[No Hearing Required] |
|---|---|

Based on the Application for ~~Supplemental~~ Fees (Application) filed on (*date*) <u>3/3/2017</u> as docket entry number <u>35</u>, it is hereby ORDERED

☒  that the sum of $<u>2,,000.00</u> is allowed Applicant as compensation.  The remaining $5,000.00 requested is disallowed for the following reasons:

**Applicant assisted the Debtors in filing a bad faith case for which they were ineligible under Section 109(e) of the Bankruptcy Code and Applicant deliberately failed to properly list all debt of the Debtors (i.e., all student loan debt).**

☐  that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐  that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:
###

Date: April 3, 2017

*Erithe O. Smith*
Erithe Smith
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.